UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JANE DOE 1, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 2:19-CV-04229-NKL |
| THE CURATORS OF THE UNIVERSITY OF MISSOURI, | ) |
| Defendant. | ) |

## MEMORANDUM TO COURT REGARDING STATUS OF SETTLEMENT

COME NOW Plaintiffs Jane Doe 1 and Jane Doe 2 and, pursuant to the Court's Order of September 20, 2022, hereby notify the Court that the Parties have reached a settlement of the claims in this case. The Parties will file a Stipulation of Dismissal once the settlement has been finalized.

Respectfully Submitted,

CARMODY MacDONALD P.C.

By: /s/ Ryann C. Carmody
Gerard T. Carmody #24769MO
Ryann C. Carmody, #56831MO
Candace E. Johnson, #70152MO
Ryan M. Prsha, #70307MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 (Fax)
gtc@carmodymacdonald.com
rcc@carmodymacdonald.com
cej@carmodymacdonald.com
rmp@carmodymacdonald.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of September, 2022, the forgoing was served on all counsel of record by operation of this Court's Electronic Filing System.

/s/ Ryann C. Carmody